# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3529

_____

United States of America,                    *
                                             *
            Appellee,                         *
                                             *    Appeal from the United States
      v.                                      *    District Court for the
                                             *    Western District of Missouri.
Anthony M. Quinones,                          *
                                             *         [UNPUBLISHED]
            Appellant.                        *

_____

Submitted: February 7, 2006
Filed: February 9, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Anthony M. Quinones (Quinones) pled guilty to conspiring to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 180 months in prison and 5 years of supervised release. On appeal, Quinones's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Quinones's plea agreement contains a valid appeal waiver. <u>See</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir.) (en banc), <u>cert. denied</u>, 540 U.S. 997 (2003). Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), for any nonfrivolous issues not covered by the appeal waiver, we enforce the waiver, dismiss this appeal, and grant counsel's motion to withdraw.

_____